ARTHUR A. HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
LINDA M. ROSS (SBN 133874)
lross@publiclawgroup.com
RENNE SLOAN HOLTZMAN SAKAI LLP
1220 Seventh Street, Suite 300
Berkeley, California 94710
Telephone: (510) 995-5800
Facsimile: (415) 678-3838

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE CRAWFORD,<br><br>   Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO and DOES 1 to 40, inclusive,<br><br>   Defendants. | Case No. 3:16-cv-01301<br><br>**[San Francisco County Superior Court Case No. CGC-15-544437]**<br><br>**DEFENDANT'S NOTICE OF REMOVAL**<br>**[28 U.S.C. § 1441(a)]** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant City and County of San Francisco hereby removes this action to the United States District Court for the Northern District of California from the San Francisco County Superior Court.

**THE STATE COURT CASE**

1. On February 18, 2016, Plaintiff Willie Crawford ("Plaintiff") filed a Second Amended Complaint for Damages in San Francisco County Superior Court, Case No. CGC-15-544437 ("Second Amended Complaint" or "SAC"). A true and correct copy of the SAC is attached hereto as **Exhibit 1**.

2. On March 9, 2016, Defendant City and County of San Francisco ("Defendant" or "CCSF") filed its Answer to Plaintiff's Second Amended Complaint ("Answer"). A true and correct copy of CCSF's Answer is attached hereto as **Exhibit 2**.

-1-

3. A true and correct copy of the remainder of the state court case file is attached hereto as **Exhibit 3**.

## TIMELINESS OF REMOVAL

4. A copy of the Second Amended Complaint was received by Defendant on February 18, 2016. This Notice of Removal is timely under 28 U.S.C. § 1446(b), because it is filed within 30 days of Defendant's receipt of the pleading from which it may first be ascertained that the case is removable.

## JURISDICTION

5. Plaintiff's Second Amended Complaint alleges, for the first time in this action, a cause of action for violation of the federal Family Medical Leave Act, 29 U.S.C. § 2601 et seq. Therefore, this action is a civil action "arising under the Constitution, laws, or treaties of the United States" of which this Court has original jurisdiction under 28 U.S.C. § 1331. Accordingly, this action is removable under 28 U.S.C. § 1441(a).

6. Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Plaintiff's remaining state law claims for relief, because they are part of the same "case or controversy" as Plaintiff's federal law claim.

## VENUE

7. The United States District Court for the Northern District of California embraces the district in which the state court action is now pending, and, thus, venue in this Court is proper under 28 U.S.C. § 1391.

## NOTICE TO STATE COURT AND PLAINTIFF

8. Defendant is filing written notice of this removal with the clerk of the state court in which the action is currently pending, pursuant to 28 U.S.C. § 1446(d). Copies of this Notice of Removal and the notice to the state court of this removal are being served upon Plaintiff, pursuant to 28 U.S.C. § 1446(d).

## NO RELATED CASES PENDING

9. To the best of Defendant's knowledge, there are no cases presently pending in this Court that relate to the action that is the subject of this Notice of Removal.

1  WHEREFORE, Defendant City and County of San Francisco hereby removes to this Court the
2  action now pending against it in San Francisco County Superior Court, Case No. CGC-15-544437.

4  Dated: March 16, 2016                    RENNE SLOAN HOLTZMAN SAKAI LLP

6  By: /s/ Linda M. Ross
7  Linda M. Ross

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO